

FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0377

FILED

SEP 2 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| MICHAEL HUMMERT, | ORDER HOLDING |
| Plaintiff and Appellant, | THE TIME REQUIREMENT IN ABEYANCE PENDING COMPLETION OF THE |
| and | MANDATORY ALTERNATIVE DISPUTE RESOLUTION |
| JERRY CHRISTISON, | PROCESS |
| Defendant and Appellee. | |

Upon the Stipulation of the parties to hold the time requirements of the Rules of Appellate Procedure in abeyance pending completion of the mandatory appellate alternative dispute resolution process, or the expiration of the 75 day time limit of Rule 7(3)(b) of the Rules of Appellate Procedure and good cause appearing:

IT IS HEREBY ORDERED that the time requirements for completion of the mandatory appellate alternative dispute resolution process, or the expiration of the 75 day time limit of Rule 7(3)(b) of the Rules of Appellate Procedure shall be extended.

Dated this 25ᵗʰ day of September, 2020.

*Order Holding the Time Requirement in Abeyance Pending Completion of the Mandatory Alternative Dispute Resolution Process   – Page 1*